TERRY J. DEMBEK ET AL. *v*. PRESTON L. EPPS ET AL.
(13355)

DUPONT, C. J., and FOTI and LAVERY, Js.

Argued March 22—decision released May 2, 1995

*Laurence V. Parnoff,* for the appellant (named defendant).

*Gary A. Cicchiello,* with whom was *Steven K. Sanborn,* law student intern, for the appellee (named plaintiff).

PER CURIAM. The judgment is affirmed.